## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Anibal De Jesus Monrataya Rodriguez**
       Petitioner

       V.

**Moniz et al**
       Respondents

CIVIL ACTION

NO. **1:26-cv-12728-RGS**

## ORDER OF DISMISSAL

Stearns, D. J.

       In accordance with the Court's Order entered July 2, 2026 [Doc. No. 9] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

7/2/2026
       Date

/s/ Jacqueline Martin
Deputy Clerk